Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-000197-MJS |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER |
| v. | ) | THEREON |
| | ) | |
| MAXIMILIANO GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant having met all conditions of deferral, the United States hereby moves

the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of

Court endorsed hereon.

Dated: October 5, 2011                    NATIONAL PARK SERVICE


                                          /S/ Susan St. Vincent_____
                                          Susan St. Vincent
                                          Legal Officer



**ORDER**



IT IS SO ORDERED.

Dated:    October 11, 2011            _____/s/ _Michael J. Long____
                                     UNITED STATES MAGISTRATE JUDGE